IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CASE NO. 4:26-CR-4-D-RN

UNITED STATES OF AMERICA

v.

MARTHA ZEFERINO JOSE ET AL.

**<u>ORDER PERMITTING</u>**
**<u>DISCLOSURE OF</u>**
**<u>IMMIGRATION RECORDS</u>**

To allow the United States to comply with its discovery obligations and adequately protect information entitled to be kept confidential, it is, with the agreement of the parties, ORDERED:

1.  The United States is authorized to release to counsel for the defendants and to the Court in this case, government records containing information described in 8 U.S.C. § 1367(a) without obtaining prior written consent of the individuals to whom the records pertain, for the law enforcement purpose of meeting the government's discovery obligations in connection with the above-captioned criminal prosecution. Such disclosure is subject to the following conditions:

    a.  For purposes of this Order, the term "record" shall have the same meaning as set forth in the Privacy Act of 1974, 5 U.S.C. § 552a(a)(4). This Order applies to government documents or information contained in records that are subject to the Privacy Act and information covered by 8 U.S.C. § 1367(a) (Section 1367) and does not create greater or lesser rights or obligations than those contained in the Privacy Act or Section 1367. Government document summaries, statistical compilations, or

1

other summary records that do not contain information by which to identify specific individuals (whether by name, social security number, symbol or other form of personal identification), and which are not subject to the Privacy Act or Section 1367, are not covered by this Order.

b.  The restrictions set forth in the protective order issued by this Court shall apply fully to any disclosures made pursuant to this Order.

c.  Neither the United States Department of Justice, the Department of Homeland Security, nor any of its officers, employees, or attorneys, shall bear any responsibility or liability for any unauthorized disclosure of any documents obtained by the defense team under this Order, or of any information contained in such documents.

DONE AND ORDERED this __4__ day of March, 2026.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

2